B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Araceli De Lira
                  Debtor(s)

Case No.  08-12089
Chapter  13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__ Check one    ■ With  the filing of the petition, or
                            ☐ On or before _____

   $ __68.50__ on or before  6/13/08

   $ __68.50__ on or before  7/11/08

   $ __68.50__ on or before  8/08/08

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  05/13/08        Signature  /s/ Araceli De Lira
                                 Araceli De Lira
_____              Debtor
Attorney for Debtor(s)

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 13 2008

KENNETH S. GARDNER, CLERK
PS REP. - DDS

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Araceli De Lira**    Case No. __08-12089__

Debtor(s)    Chapter __13__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one    ☐ With the filing of the petition, or
                              ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT    **KENNETH S. GARDNER**
                Clerk, U.S. Bankruptcy Court

Date    __MAY 13 2008__

_____
*United States Bankruptcy Judge*

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy