```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 12089
   ARACELI DE LIRA
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6661


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/13/2008 and was not confirmed.

     The case was dismissed without confirmation 07/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                        PAID           PAID
------------------------------------------------------------------------------
WILSHIRE               NOTICE ONLY   NOT FILED           .00            .00
WELLS FARGO            NOTICE ONLY   NOT FILED           .00            .00
WELLS FARGO            SECURED NOT I      .00            .00            .00
WILSHIRE MTG           SECURED NOT I      .00            .00            .00
PRO SE DEBTOR          DEBTOR ATTY        .00                           .00
TOM VAUGHN             TRUSTEE                                          .00
DEBTOR REFUND          REFUND                                           .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                             .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                              --------------       --------------
TOTALS                              .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```